UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

SONYA INGRAM,

      Plaintiff,

vs.

CONSUMER PORTFOLIO SERVICES, INC.,

      Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, SONYA INGRAM, by and through her undersigned counsel, and sues the Defendant, CONSUMER PORTFOLIO SERVICES, INC., and alleges as follows:

## INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

## JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

1

5. At all times material hereto, Defendant was a Florida Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7. The Plaintiff was an employee for the Defendant since September of 2017.

8. Plaintiff was hospitalized on Monday, January 28, 2019 where she remained until Thursday, January 31, 2019.

9. This overnight hospital stay qualifies as a serious health condition pursuant to 29 C.F.R. §825.114.

10. During this hospitalization, Plaintiff called in each day and spoke with her managers, Kathia, Shavita, and Dionne, informing them of her status and that she had a doctors note to be out on Friday, February 1, 2019 as well.

11. Come that Friday, Plaintiff was terminated due to points/attendance incurred from back in July of 2018.

12. At that point, Plaintiff was called into the office and given a verbal warning that she was at 6 points for attendance, with 12 points resulting in termination.

13. However, by October of 2018, these points should have been removed off of Plaintiff's record.

14. Moreover, PTO or sick time could be used to cover a call out with no points added.

15. Nevertheless, these absences, which should have all been FMLA protected, were used against her and resulted in her termination.

16. In fact, Plaintiff was not even permitted to use her PTO to offset these absences.

## COUNT I

## FMLA INTERFERENCE

17. The Plaintiff incorporates by reference paragraphs 1-16 herein.

18. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

19. The Defendant unlawfully interfered with the Plaintiff's exercise of her FMLA rights by failing to provide Plaintiff with FMLA paperwork or benefits for FMLA leave.

20. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

21. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, SONYA INGRAM, requests that judgment be entered against the Defendant, CONSUMER PORTFOLIO SERVICES, INC., for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: June 7, 2019.	Respectfully submitted,

                                                    Law Offices of Levy & Levy, P.A.
                                                   1000 Sawgrass Corporate Parkway, Suite 588
                                                   Sunrise, Florida  33323
                                                   Telephone: (954) 763-5722
                                                   Facsimile: (954) 763-5723
                                                   *Counsel for Plaintiff*

                                                   */s/ Chad Levy*
                                                   CHAD E. LEVY, ESQ.
                                                   chad@levylevylaw.com
                                                   Secondary: assistant@levylevylaw.com
                                                   F.B.N.: 0851701
                                                   DAVID M. COZAD, ESQ.
                                                   david@levylevylaw.com
                                                   F.B.N.: 333920